APRIL 13, 1983

CRAMER v METROPOLITAN SAVINGS & LOAN ASSOCIATION. (Docket No. 62249.) Reconsideration of the Supreme Court's orders of February 7, 1979, May 3, 1979, and April 3, 1980, are denied April 13, 1983. Virginia Cramer, *in propria persona,* plaintiff-appellant. *Donovan, Hammond, Carson, Ziegelman, Roach & Sotiroff* for defendants-appel-

lees and codefendants-appellees. *Plunkett, Cooney, Rutt, Watters, Stanczyk & Pedersen, P.C.,* for codefendant-appellee Allen Counard. Reported below: 401 Mich 252 (1977), *reh den* 402 Mich 954, 959, and 405 Mich 830.

April 20, 1983

Proposed Amendments of GCR 1963, 785 and 803. On order of the Court, this is to advise that the Court is considering whether to amend GCR 1963, 785 and 803. Before determining whether the proposal should be adopted, changed before adoption, or rejected, this notice is given to afford any interested person the opportunity to comment on the form or the merits of the proposal, the text of which is as follows:

(The present language is to be repealed and replaced by the following language unless otherwise indicated below:)

Rule 785. Criminal Procedure.

.1—.6 (Unchanged.)

.7 Pleas of Guilty and Nolo Contendere. A defendant may plead guilty or nolo contendere only with the court's consent. Prior to accepting the plea, the court shall personally carry out subrules 785.7(1)-(4).

(1)-(6) (Unchanged.)

(7) Appeal.

(a) A defendant convicted on a plea of guilty or nolo contendere may not raise on appeal any alleged noncompliance with the requirements of subrules 785.7(1)-(4) unless the defendant has moved to withdraw the plea in the trial court raising as a basis for withdrawal the alleged noncompliance sought to be raised on appeal.

(b) If the trial court determines that there was noncompliance with the requirements of subrules 785.7(1)-(4), the court shall give the advice or make the inquiries necessary to rectify the noncompliance and then give the defendant the opportunity to elect to allow the plea and sentence to stand or to withdraw the plea.

(c) If the defendant elects to allow the plea and sentence to stand, the additional advice and inquiries required by paragraph (b) shall be deemed part of the plea proceeding for the purposes of further proceedings, including appeals.

(d) If the defendant elects to withdraw the plea, the case may proceed to trial on any charges that had been brought or that could